# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### MACON DIVISION

| | | |
|---|---|---|
| ROBERT LEWIS RUSSELL, SR., | : | |
| Plaintiff | : | |
| VS. | : | |
| Sergeant CAMPBELL, *et al.*, | : | NO. 5:08-cv-382 (HL) |
| Defendants | : | **O R D E R** |

    Plaintiff **ROBERT LEWIS RUSSELL, SR.**, an inmate at Men's State Prison in Hardwick, Georgia, has filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.  On November 26, 2008, the Court filed an Order To Supplement Complaint, which required plaintiff to provide the Court with more specific information to assess his claims. Plaintiff responded by filing a "Motion to Withdrawal as Admission under Fed Rules Civ. P. Rule 36(b) of Civil Action)" (Tab # 5).

    Plaintiff's pleading can best be construed as a motion to dismiss without prejudice.  A dismissal without prejudice will enable plaintiff to file the same lawsuit again at a later time.  Under Rule 41 of the Federal Rules of Civil Procedure, a plaintiff has the absolute right to dismiss his action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment."  Because no defendant has filed an answer or other responsive pleading in this case, plaintiff may dismiss his case.  Accordingly, plaintiff's motion is hereby **GRANTED** and the above-captioned action is deemed **DISMISSED WITHOUT PREJUDICE**.

    **SO ORDERED**, this 1st day of December, 2008.

                                            *s/  Hugh Lawson*
                                            HUGH LAWSON
                                            UNITED STATES DISTRICT JUDGE

cr